UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

A NTHONY T HOMAS W ILLS,

    Plaintiff,

v.

M ELISSA B ARBER, et al.,

    Defendants.
_____/

Case No.: 1:12-cv-434

HONORABLE PAUL L. MALONEY

# ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by United States Magistrate Judge Joseph G. Scoville in this action (ECF No. 158). The Report and Recommendation was duly served on the parties. No objections have been filed.

ACCORDINGLY, the Report and Recommendation is hereby adopted as the opinion of the Court.

**THEREFORE, IT IS ORDERED** that plaintiff's motion for temporary restraining order or preliminary injunction (ECF No. 91) is **DENIED**.

Dated: November 6, 2013

/s/ Paul L. Maloney
Paul L. Maloney
Chief United States District Judge