UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANTHONY THOMAS WILLS #505004, )
    Plaintiff, )
     ) No. 1:12-cv-434
-v- )
     ) HONORABLE PAUL L. MALONEY
MELISSA BARBER, et al., )
    Defendants. )
    _____ )

## JUDGMENT

Having granted the motions for summary judgment filed by Defendants Czop, Kennerly, Fair, Barber, and Martin (ECF Nos. 140, 71, 117), and having dismissed all the claims in the complaint, pursuant to Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT** enters in favor of Defendants and against Plaintiff.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**


Date:   August 15, 2014                           /s/ Paul L. Maloney
                                                                         Paul L. Maloney
                                                                         Chief United States District Judge